**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1424**

───────────

BING CHEN,

        Plaintiff - Appellant,

    v.

JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States; MICHAEL R. POMPEO, in his former official capacity as Secretary of State; ANTONY J. BLINKEN, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE, Antony J. Blinken, Secretary; NANCY PELOSI, in her official capacity as Speaker of the House of Representatives; UNITED STATES HOUSE OF REPRESENTATIVES, Speaker Nancy Pelosi; MARCO RUBIO, in his official capacity as United States Senator from Florida; TOM COTTON, in his official capacity as United States Senator from Arkansas; CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA, Jeffrey Alan Merkley, Chairman; UNITED STATES HOUSE COMMITTEE ON FOREIGN AFFAIRS, Gregory Meeks, Chairman; UNITED STATES COMMISSION ON INTERNATIONAL RELIGIOUS FREEDOM, Erin D. Singshinsuk, Executive Director; UNITED STATES DEPARTMENT OF THE TREASURY, Janet Yellen, Secretary; UNITED STATES DEPARTMENT OF COMMERCE, Gina Raimondo, Secretary; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Alejandro Mayorkas, Secretary; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, Katherine Chi Tai, Representative; UNITED STATES DEPARTMENT OF LABOR, Martin J. Walsh, Secretary; ILSHAT HASSAN KOKBORE, former Chairman of Uyghur American Association (UAA); NURY TURKEL, in his official capacity as Vice Chair of the United States Commission on International Religious Freedom; GULCHEHRA HOJA, correspondent of Uighur Language Department, Radio Free Asia; RUSHAN ABBAS, Founder and Executive Director of Campaign for Uyghurs; ADRIAN ZENZ, a Senior Fellow of Victims of Communism Memorial Foundation; UYGHUR HUMAN RIGHTS PROJECT, Nury Turkel, Board Chair; CAMPAIGN FOR UYGHURS, Rushan Abbas, Founder and Executive Director; RADIO FREE ASIA, Bay Fang, President; BRITISH BROADCASTING CORPORATION (BBC), Richard Sharp, Chairman; CNN CENTER, Jeff Zucker, Chairman; THE NEW YORK TIMES COMPANY, Arthur Gregg Sulzberger, Chairman; THE WASHINGTON POST, Fred Ryan, Publisher; THE SLATE GROUP,

LLC (FP), Ravi Agrawal, Editor; THE UNITED STATES HOLOCAUST MEMORIAL MUSEUM'S SIMON-SKJODT CENTER, Naomi Kikoler, Director; NEWLINES INSTITUTE FOR STRATEGY AND POLICY, Ahmed Alwani, Founder and President; AMNESTY INTERNATIONAL, Agnes Callamard, Secretary-General; HUMAN RIGHTS WATCH, Kenneth Roth, Executive Director; STANFORD UNIVERSITY, Marc Tesr-Lavigne, President; THE NATIONAL ENDOWMENT FOR DEMOCRACY (NED), Damon Wilson, President; CENTER FOR STRATEGIC AND INTERNATIONAL STUDIES (CSIS), John Hamre, President; PULITZER PRIZES BOARD, Katherine Boo, Chair,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:22-cv-00025-PX)

---

Submitted:  August 18, 2022                    Decided:  August 22, 2022

---

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Bing Chen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Bing Chen appeals the district court's order dismissing his amended civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, as modified to reflect that the dismissal of the amended complaint is without prejudice. *See Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022) (explaining that dismissals for lack of jurisdiction must be without prejudice). We deny Chen's emergency motion to suspend a portion of the Uyghur Forced Labor Prevention Act and his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*